UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY JEROME GAINES,

     Petitioner,

v.                                                                CASE NO. 6:05-cv-606-Orl-28DAB

AL SOLOMON, et al.,

     Respondents.

_____

## ORDER

     By Order dated May 25, 2005, Petitioner was required to submit copies of his prison account records for the period from January 22, 2005, through April 22, 2005 (Doc. No. 5).  On June 9, 2005, Petitioner filed documents regarding his prisoner account (Doc. No. 6).  However, the records submitted by Petitioner are incomplete.  The right portion of each page has been cut-off, resulting in the elimination of the column containing the dollar figure for each transaction.  Within **TWENTY (20) DAYS** from the date of this Order, Petitioner shall file a complete copy of his prison account records for the time period set forth above.  Petitioner is advised that the failure to comply with the provisions of this Order will result in the dismissal of this action without further notice.

     **DONE AND ORDERED** at Orlando, Florida this 1st day of July, 2005.

*David A. Baker*
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies to:
sa 7/1
Anthony Jerome Green
Counsel of Record